**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JUAN CLAVEL on behalf of himself and others similarly situated,

               Plaintiffs,

-against-

MARCO GIL and PROTOFAST HOLDING CORP.

               Defendants.

**22-cv-04486 (PKC)(ST)**

---

# WRITTEN NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT UNDER RULE 68 OF THE FED. R. CIV. P.

Please allow this to serve as written notice that Plaintiff, Juan Clavel, hereby accepts Defendants Marco Gil and Protofast Holding Corp.'s "Offer of Judgment Pursuant to FRCP 68" attached as Ex. 1, in the amount of $195,000.00.

               Respectfully submitted,

By: /s/ _____
    Marcus Monteiro, Esq.
    *mmonteiro@mflawny.com*
    91 N. Franklin Street, Suite 108
    Hempstead, New York 11550
    Telephone: (516) 280.4600
    **Attorneys for Plaintiff**
    Collective Plaintiffs and
    Class Plaintiffs

To:    BY EMAIL: afugazy@egsllp.com
        Amanda Fugazy, Esq.

        BY EMAIL: vbluth@egsllp.com
        Valerie Bluth, Esq.

        BY EMAIL: jcalamia@egsllp.com
        Jennifer Calamia, Esq.

# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUAN CLAVEL behalf of himself, and others similarly situated,

                        Plaintiffs,

      -against-

MARCO GIL and PROTOFAST HOLDING CORP.,

                        Defendants.
-----------------------------------------------------------------------X

CASE NO.: 2:22-cv-4486 (PKC) (ST)

**OFFER OF JUDGMENT PURSUANT TO FRCP 68**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Protofast Holding Corp. ("Protofast"), on behalf of all defendants Protofast and Marco Gil ("Gil," and collectively with Protofast, "Defendants") in the above-captioned matter, hereby offers, pursuant to Fed. R. Civ. P. 68, to allow Plaintiff Juan Clavel ("Clavel") to take judgment against Protofast, on behalf of all Defendants, for the amount of $195,000.00 (One Hundred Ninety-Five Dollars and Zero Cents) ("Judgment Amount"), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses.

      Acceptance of this Offer of Judgment will act to resolve all claims alleged by Clavel in the above-captioned civil action and further to release all Defendants and their successors or assigns, and all their past and present employees, shareholders, directors, officers, members, representatives, managers, and agents (collectively, "Releasees") from any and all claims that were, or could have been, alleged by Plaintiff in the above-captioned civil action, including but not limited to those arising from Defendants' compensation of Clavel during his employment with any Defendant, including but not limited to the release of any claims for unpaid, inaccurate or untimely payment or nonpayment of wages and any other compensation, failure to provide requisite notice of pay rate or wage statements and any other related claim under any federal, state or local law, rule,

regulation, order or ordinance governing wages and hours, including but not limited to New York and federal law (29 U.S.C. §201, *et. seq.*, New York Labor Law §§ 191, 193, 196-d, 198-b, 650, *et. seq.*, 652, and 653 and relevant sections of N.Y. Comp. Codes R. & Regs.).

By accepting this Offer of Judgment, Clavel acknowledges that the Judgment Amount is allotted to liquidated damages and attorneys' fees, and agrees that the payment the Judgment Amount shall be made via check to Plaintiff's Counsel within sixty (60) days of the date the court enters judgment against Protofast after Clavel's acceptance of this Offer of Judgment.

By accepting this Offer of Judgment, Clavel also acknowledges that if, for any reason, it is determined by any federal, state or local authority that any portion of the Judgment Amount paid on a 1099 and not subject to taxation or withholding, or any portion thereof, should have been subject to taxation or withholding, Clavel agrees that Clavel shall assume all responsibility for the payment of any taxes, interest and penalties assessed in connection therewith, and that Clavel shall indemnify Defendants and hold Defendants harmless from any withholding or tax payment, interest or penalties required to be paid by Defendants thereon, except Protofast's share of any FICA payment that may be due.

By accepting this Offer of Judgment, Clavel also agrees that he will not publish or publicize, or cause to be published, publicized, in the media (print or broadcast) or on the Internet the circumstances, events, occurrences, and/or documents underlying Clavel's claims against Defendants, or the Judgment Amount (other than to the extent the Judgment Amount is publicly available on the Court's docket).

This Offer of Judgment is made for the purposes specified in FED. R. CIV. P. 68, and shall not be construed as an admission of liability or that Clavel has suffered any damages, and Defendants deny any liability, committing any wrongdoing or violating any legal duty with respect

to Clavel, including with respect to Clavel's employment, including Clavel's pay while in Defendants' employ. The terms of this Offer of Judgment, including all facts, circumstances, statements and documents, shall not be admissible or submitted as evidence in any litigation, in any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Offer of Judgment, or as may otherwise be required by law.

This offer is made in reliance upon the protections contained in FED. R. CIV. P. 68 and, if not accepted, may not be admitted as evidence except in a proceeding to determine costs. If Clavel does not serve written notice that this offer is accepted within 14 days after service, this offer will be deemed withdrawn, with the consequences described in FED. R. CIV. P. 68.

Dated: November 8, 2023
      New York, New York

                              ELLENOFF, GROSSMAN & SCHOLE LLP

                              By:   _____
                                   Jennifer Calamia
                                   Amanda M. Fugazy
                                   Valerie J. Bluth
                                   1345 Avenue of the Americas, 11th Floor
                                   New York, New York 10105
                                   (212) 370-1300 (tel.)
                                   (212) 370-7889 (fax)
                                   Email: afugazy@egsllp.com
                                                   vbluth@egsllp.com
                                                   jcalamia@egsllp.com

                                   *Attorneys for Defendants*