UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN CLAVEL on behalf of himself and
others similarly situated,

                    Plaintiffs,                    JUDGMENT

v.                                           22-cv-04486 (PKC)(ST)

MARCO GIL and PROTOFAST HOLDING CORP.,

                    Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 16, 2023; and Defendants Marco Gil and Protofast Holding Corp., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff, Juan Clavel in the amount of $195,000.00; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Juan Clavel and against Defendants Marco Gil and Protofast Holding Corp., in the amount of $195,000.00.

Dated:  Brooklyn, New York                              Brenna B. Mahoney
         November 27, 2023                               Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk